RECEIVED
SDNY PRO SE OFFICE
2022 AUG 19 PM 1: 24

United States District Court Southern District of New York

### Robert mercer

### v

### New York city housing authority

### Complaint for Punitive damage for mental anguish and emotional distress, Declaratory relief and Compensatory damages

1. Plaintiff Robert Mercer in support of his complaint against the defendant New York City housing authority here by States the following:

2. The plaintiff herein Robert Mercer is a resident of the state of New York and resides at New York City housing authority Saint Nicholas houses.

3. The defendant herein the New York City housing authority has a place of business in New York state defendant is engaged in the business as New York City housing authority.

### Jurisdiction and venue

4. This court has specific jurisdiction to hear this case pursuant to the US Constitution's first amendment and pursuant to 28 USC 1331 and 42 USC 1983. As well as under the due process claim clause of the US Constitution because among other things the causes of action in this complaint arises from the defendant transacting business in this Commonwealth and causing tortious injury by an act of omission in this Commonwealth. Moreover, exercising jurisdiction would not offend traditional notions of fair play and substantial Justice because the defendant could have, indeed should have reasonably foreseen being held into a New York district Court to account for their negligence and Improper practice in policy and procedure.

### Nature of action

5. Following the evidence provided in case 22-CV-3202 *Robert Mercer v New York City housing authority*, 3/17/22 an inspection for lead was conducted In Mr Mercer's apartment and the results of that lead inspection was a reading of 0.8 when in fact the New York state standard for lead paint poisoning threshold is 0.5. exhibit A.

6. 7/6/22 Mr Mercer received blood test results from a lab who tested Mr Mercer for lead in the blood and the results from that lead test came back as a 1.0 lead reading in Mr Mercer's bloodstream see exhibit B.

7. As a direct result of nycha's negligence and improper practice in policy and procedure Mr Mercer now has traces of lead toxin in his bloodstream which has caused and will continue to cause harmful side effects to Mr Mercer's current and future mental and physical health which deprives Mr Mercer the privileges of the quality of life, to be in accordance with 42 USC 1983. Mr Mercer now has to take medication to counteract the harmful side effects of being exposed to high levels of lead. As well as dealing with the mental burden of going back and forth to the hospital in hopes of managing his asthma caused by Mr Mercer's residential environmental hazardous conditions.

8. The symptoms of being exposed to high levels of lead has a direct and logical correlation to Mr Mercer's symptoms and conditions of asthma.

9. As a direct result of nycha's negligence and improper practice in policy, a violation of Mr Mercer's privileges to a good dwelling and a non hazardous environment were violated. In which has caused lead toxins to appear in Mr Mercer's blood. Depriving Mr Mercer a clean bill of health, and privileges to a quality of life were put to a stop.

## History

10. Lead in the blood has been known to cause inflammation, hyperresponsiveness, behavioral issues, learning disabilities, High blood pressure, joint and muscle pain, difficulties with memory or concentration, headache, abdominal pain, mood disorders, reduced sperm count and abnormal sperm, Irritability, Loss of appetite,

11. sluggishness, fatigue vomiting, constipation, hearing loss seizures, hyperactivity and insomnia.

12. Mr Mercer has lived as a nycha resident for the entirety of his life. Mr Mercer has been suffering with asthma since the age of 11.

13. In July of 2014 Mr Mercer was admitted to Harlem hospital's mental institution for a traumatic manic episode for the first time. In March of 2021 Mr Mercer was diagnosed with schizoaffective disorder. Mr Mercer has been hospitalized a number of times for asthma attacks, lung screenings, complaints about congestion and shortness of breath.

14. Moreover the symptoms of being exposed to high levels of lead has a direct and logical correlation to Mr Mercer's symptoms and conditions of asthma such as inflammation and congestion.

15. After the lead inspection was done nycha did not schedule an appointment to divulge the lead found in Mr Mercer's apartment. so with negligence and carelessness Mr Mercer was left to endure high levels of lead.

16. As a direct result of Nychas negligence and improper practice in policy and failure to divulge the lead in Mr Mercer's apartment, traces of lead were found in Mr Mercer's bloodstream see exhibit B in which clause from 42 USC 1983 would be appropriate because Mr Mercer now is deprived of the quality of life and was stripped of his privileges of the qualities of life.

## Claim under 42 USC 1983

17. As a direct result of nycha's negligence and improper practice of policies and procedures lead toxins appeared in Mr Mercer's bloodstream causing physical and mental damage for Mr Mercer, depriving Mr Mercer a good quality of life, to be in accordance with 42 usc 1983.

18. The hazardous conditions in Mr Mercer's residence caused a half-life for Mr Mercer and caused damage to Mr Mercer's physical and mental health. Mr Mercer was instructed by a housing representative to wear a mask inside of Mr Mercer's apartment to reduce the harmful side effects of lead dust, crack walls and mold spores, depriving Mr Mercer of a good quality of life, to be in accordance with 42 USC 1983.

## State a claim upon which relief may be granted

19. As a result of nycha's negligence within their practices policies and procedures Mr Mercer now has lead toxin in his blood and has to battle a lead induced schizoaffective disorder and disease, which causes manic episodes, stress and mental anguish for the plaintiff as well as physical damage in relation to asthma, inflammation and congestion caused by lead dust and mold spores.

20. As a result of nycha's negligence Mr Mercer now has traces of lead in his blood that will continue to accumulate ultimately causing future health problems for Mr Mercer. Depriving Mr Mercer quality of life.

## Conclusion

21. By reasons of the facts and circumstances and pursuant to the provision set forth in 42 USC 1983 wherefore the plaintiff's respectfully request that the court enter an award in the plaintiff's favor against the defendant as follows:

22. Awarding Mr Mercer compensatory damages of not less than $55,000,000.00.

```
```

23. Awarding Mr Mercer punitive damages for mental anguish to the maximum extent permitted by the laws of this Commonwealth but not less then $350,000.

24. A civil penalty of $30,000,000.00

25. Declaratory relief.

26. such other and further relief as the courts deems appropriate.

Date: 8/19/22
Robert Mercer
Sign_ Robert Mercer



ex A

## ATTENTION BUILDING OWNERS AND LEAD ABATEMENT CONTRACTORS

### NEW LEAD-BASED PAINT STANDARDS

Pursuant to Local Law 66 of 2019, the New York City Department of Housing Preservation and Development (HPD) adopted a new citywide definition for lead-based paint (LBP) as shown below. Pursuant to section 173.14(b) of the New York City Health Code, these standards will apply to identify LBP hazards in all Department of Health and Mental Hygiene ("DOHMH" or "the Department") inspections.

The citywide standards for LBP are as follows:

|  | New Standards | Old Standards |
|---|---|---|
| Paint tested by an x-ray fluorescence analyzer or accurately measured paint chip sample | 0.5 mg/cm$^2$ | 1.0 mg/cm$^2$ |
| Paint chip sample that cannot be accurately measured or if an accurately measured paint chip sample cannot be removed | 0.25 percent by weight | 0.5 percent by weight |

The standards apply to paint or other surface coating tested/analyzed by DOHMH on or after December 1, 2021, for all investigations conducted.

The standards also apply to evidence of lead content presented in a contestation of a DOHMH Commissioner's Order if the Order includes LBP violations tested by DOHMH on or after December 1, 2021.

Should you have any questions about the above requirements, please email questions to the DOHMH's Healthy Homes Program at safework@health.nyc.gov referencing "New lead-based paint standards." Please also provide your name and phone number with your inquiry.

03.17.22

Mercer, Robert [1833508] CDI/B 7/20/1987 Review Flowsheets

| Component | Latest Ref Rng & Units | 7/6/2022 |
|---|---|---|
| LEAD, BLOOD | See Below ug/dL | <1.0 |

ex B

To repnt lead   718-707-7771

```
REPORT NUMBER: WINRO145              SEMI-MONTHLY PUBLIC ASSISTANCE BUDGET CALCULATION                    REPORT DATE: //
[P]                                                                                                       [P]
EFFECTIVE DATE OF BUDGET: 10/A/21    LOCAL OFFICE: 018    WORKER: WMCJT    CASE NAME: MERCER ROBERT                          PAGE: 1
CASE NUMBER: 000354066121            SUFFIX: 01           NUMBER IN PA HOUSEHOLD: 1                       NUMBER IN PA SUFFIX: 1

                NEEDS                185% TEST & POVERTY                        EARNED INCOME
                -----                LEVEL TEST AMOUNT
ESTR                                 -------------------          D. GROSS                    .00
----
PRE ADDED ALLOWANCE                                                                                                  ACTUAL          ALLOWED
                                                                                                                     ------          -------
SHELTER                                       79.00
                                             107.50                        STANDARD DEDUCTION      .00                                  .00
ENERGY                                         7.05
                                                                           55% DEDUCTION           .00                                  .00
ENERGY SUPPLEMENT                              5.50
                                                                           CHILD CARE              .00                                  .00
WATER                                            .00
                                                                           $15 EXEMPTION           .00                                  .00
FUEL                                             .00
                                                                           1/3 EXEMPTION           .00                                  .00
PREGNANCY ALLOWANCE                              .00
                                                                           OTHER DEDUCTIONS (INCLUDES
HOME DELIVERED MEALS                             .00                       PRORATA REDUCTION AMT)  .00                                  .00

RESTAURANT ALLOWANCE                             .00                   E.  TOTAL DEDUCTIONS        .00

OTHER NEEDS                                      .00                   F.  NET EARNED INCOME       .00

TOTAL NEEDS FOR 185% TEST                    199.05                                                       UNEARNED INCOME
                                                                                                          ---------------
185% X TOTAL NEEDS            368.25                                       SOURCE                                                    AMOUNT
                                                                           ------                                                    ------
TOTAL EARNED + UNEARNED          .00                                                                                                    .00
FOR 185% TEST
                                                                                                                                        .00
POVERTY LEVEL TEST            536.67
                                                                                                                                        .00
TOTAL INCOME FOR                 .00
POVERTY LEVEL TEST                                                     G.  TOTAL UNEARNED INCOME                                        .00
                                                                           UNEARNED INCOME DEDUCTION (INCLUDES PRORATA
NEEDS REDUCTION DUE TO IVD SANCTION              .00                       REDUCTION AMT)                                               .00

TOTAL NEEDS FOR NET INCOME TEST               199.00                   H.  NET UNEARNED INCOME                                          .00

NEEDS REDUCTION DUE TO PRORATA SANCTION          .00                   I.  TOTAL INCOME (F + H)                                         .00

TOTAL NEEDS FOR BUDGET DEFICIT CALCULATION    199.00                   C.  TOTAL NEEDS                    PA GRANT CALCULATION       199.00

OTHER ALLOWANCES                                                       I.  TOTAL INCOME                                                 .00
---------------
REFRIGERATOR RENTAL ALLOWANCE                    .00                   J.  BUDGET DEFICIT                                            199.00

                                                                           RECOUPMENT AMOUNT                                            .00

                                                                           SEMI-MONTHLY PA GRANT                                     199.00

STE REPORTE SERA TAMBIEN DISPONIBLE EN ESPANOL                    NOTE: AMOUNTS SHOWN IN ITEMS (A) AND (J) ABOVE HAVE BEEN ROUNDED DOWN.
JDGET NUMBER:                (BASIS)
```

```
REPORT NUMBER: WINR0154 (REV. 8/93)    SNAP BUDGET CALCULATION FOR PA & PA-SSI CASES                    REPORT DATE: //
(PI Rel 12.3                                                                                            PAGE: 1
CASE NUMBER: 00025405512I    IMG: 018    NUMBER IN CASE: 1    WORKER: WMCJT    CASE NAME: MERCER ROBERT
    BUDGET CALCULATION                                                                                  EFFECTIVE DATE OF BUDGET: 10/9/21
    ------------------
 1. INCOME
 1. SEMI-MONTHLY GROSS EARNED INCOME                         .00    E. SHELTER COSTS
                                                                   20. S/M ACTUAL RENT OR MORTGAGE BILLED TO HOUSEHOLD    107.50
 2. NET S/M INCOME FROM BOARDER/LODGER                       .00   21. S/M COMBINED UTILITY/PHONE STANDARD                    .00
 3. TOTAL S/M INCOME (LINE 1 + 2)                            .00   22. S/M COMBINED HEAT/UTILITY/PHONE STANDARD              426.00
 4. S/M PA GRANT                                          199.00   23. S/M PHONE STANDARD                                      .00
 5. TOTAL S/M PA RECOUPMENT                                  .00   24. OTHER S/M SHELTER EXPENSE, REAL ESTATE TAXES,
 6. NET S/M PA GRANT (LINE 4 MINUS 5)                     199.00       INSURANCE, INSTALLATION OF UTILITIES, ETC.              .00
 7. GROSS S/M OTHER UNEARNED INCOME                          .00   25. LINES 20 + 21 + 22 + 23 + 24                 E.      533.50
 8. TOTAL S/M UNEARNED INCOME (LINES 6 + 7)               199.00   F. EXCESS SHELTER DEDUCTIONS
 9. S/M GROUP HOME EXCLUSION                                 .00   26. TOTAL SHELTER COST, E                                533.50
10. S/M CHILD SUPPORT EXCLUSION                              .00   27. 1/2 OF ADJUSTED INCOME, D                             55.25
11. LINES 3 + 8 LESS LINES 9 + 10                 A.      199.00   28. EXCESS SHELTER COSTS, (LINES 26 MINUS 27)            478.25
    130% STANDARD SEMI-MONTHLY                    B.      699.00       IF 26 IS LESS THAN 27, ZERO WILL APPEAR.
    DEDUCTIONS                                                     29. MAXIMUM SHELTER DEDUCTION FOR AGED/DISABLED
12. 20% OF LINE 3                                            .00       AMOUNT FROM LINE 28. FOR ALL OTHERS ACTUAL, OR
13. STANDARD DEDUCTION                                     88.50       STANDARD, 298.50, WHICHEVER IS LESS.       F.      298.50
14. ALLOWABLE SEMI-MONTHLY CHILD-CARE/                             G. SEMI-MONTHLY SNAP NET INCOME
    DEPENDENT CARE COSTS                                     .00   30. D, ADJUSTED INCOME                                   110.50
15. ALLOWABLE S/M MEDICAL DEDUCTIONS                         .00   31. F, EXCESS SHELTER DEDUCTION                          298.50
16. CHILD SUPPORT DEDUCTIONS                                 .00   32. S/M NET SNAP INCOME.             (LINE 30 MINUS 31)    G.    .00
17. HOMELESS SHELTER DEDUCTION                               .00   H. MONTHLY SNAP NET INCOME
18. LINES 12 + 13 + 14 + 15 + 16 + 17             C.       88.50   33. MULTIPLY AMOUNT IN 32 X 2                        H.     .00
    ADJUSTED INCOME                                                I. BENEFIT ENTITLEMENT
19. A MINUS C                                     D.      110.50   34. BENEFIT                                              250.00
                                                                   35. MONTHLY SNAP RECOUPMENT                                 .00
                                                                   36. ADJUSTED BENEFIT AMOUNT (LINE 34 MINUS 35)  I.      250.00

ESTE REPORTE SERA TAMBIEN DISPONIBLE EN ESPANOL          FEDERAL SNAP:    250.00    STATE SNAP:       .00
BUDGET NUMBER:        (BASIS)
```